**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:        Ana Maria Lara v. Jose Sanchez

Appellate case number:    01-18-00025-CV

Trial court case number:   2016-19246

Trial court:                        61st District Court of Harris County

Appellant, Ana Maria Lara, has filed a notice of interlocutory appeal of the trial court's "Order Appointing Receiver for Cardenas Auto Sales," signed on January 2, 2108. And, Lara has filed an "Emergency Motion to Stay the Appointment of Receiver Pending Accelerated Appeal." The motion is **denied**.

It is so ORDERED.

Judge's signature: /s/ Russell Lloyd
                              ☒ Acting individually    ☐ Acting for the Court

Date: February 15, 2018